**GRUENEBERG LAW GROUP, LLC**
Executive Court
2 Eves Drive, Suite 208
Marlton, NJ  08053
(856) 267-5907 / Telephone
(856) 267-5914 / Facsimile
**Attorney for Dietz & Watson, Inc.**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC. *et al.,* [1]<br><br>          Debtors.<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS on behalf of the bankruptcy estate of THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al*.<br><br>          Plaintiff,<br><br>   v.<br><br>DIETZ & WATSON, INC.,<br><br>          Defendant. | Chapter 11<br><br>Case No. 15-23007 (RDD)<br><br>(Jointly Administered)<br><br><br><br>Adv. Proceeding No. 17-08257 |

**NOTICE OF RESCHEDULING OF  AUGUST 8, 2018 PRE-TRIAL CONFERENCE**
**TO OCTOBER 11, 2018 AT 10:00 A.M.**

   **PLEASE TAKE NOTICE** that the Pre-Trial Conferenced scheduled for August 8, 2018 at 10:00 a.m. (Prevailing Eastern Time) **has been rescheduled to October 11, 2018 at 10:00 a.m. (Prevailing Eastern Time)** (the "Conference"), or as soon thereafter as counsel may be heard.  The

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these Chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

Conference will be held before the Honorable Robert D. Drain, United States Bankruptcy Court, 118 Quarropas Street, White Plains, New York, 10601, and such Conference may be further adjourned without further notice other than an announcement at the Conference.

Dated: August 7, 2018
      New York, New York

                         By: */s / Rudi R. Grueneberg*
                            Rudi R. Grueneberg
                            GRUENEBERG LAW GROUP, LLC
                            2 Eves Drive, Suite 208
                            Marlton, NJ 08053
                            (856) 267-5907 / Telephone
                            (856) 267-5914 / Facsimile

                            Attorney for Defendant,
                            *Dietz & Watson, Inc.*

                            Dated: August 7, 2018