Beth E. Levine, Esq.
Andrew W. Caine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
blevine@pszjlaw.com
acaine@pszjlaw.com

*Counsel to Plaintiff, the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.,*[1]<br><br>                                Debtors. | Chapter 11<br><br>Case No. 15-23007 (RDD)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS on behalf of the bankruptcy estate of THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.<br><br>                                Plaintiff,<br><br>       v.<br><br>DIETZ & WATSON, INC.,<br><br>                                Defendant. | Adv. Proc. No. 17-08257 (RDD) |

**NOTICE OF RESCHEDULED PRETRIAL CONFERENCE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599).

Pg 2 of 2

**PLEASE TAKE NOTICE** that the Pre-Trial Conference in the above-styled adversary proceeding that was scheduled for **October 11, 2018** at **10:00 a.m.**, <u>**has been adjourned**</u> to **November 8, 2018** at **10:00 a.m. (prevailing Eastern Time)**.

Dated:  August 20, 2018
       New York, NY

      */s/ Beth E. Levine*
      Beth E. Levine, Esq.
      Andrew W. Caine, Esq. (admitted *pro hac vice*)
      PACHULSKI STANG ZIEHL & JONES LLP
      780 Third Avenue, 34th Floor
      New York, New York 10017
      Telephone: (212) 561-7700
      Facsimile:  (212) 561-7777
      Email:  blevine@pszjlaw.com
             acaine@pszjlaw.com

*Counsel to Plaintiff, the Official Committee of Unsecured Creditors*